IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

TIMOTHY LAMAR TRAWICK,   *
#115 225
    Petitioner,   *

v.   *   1:07-CV-554-MEF

GRANT CULLIVER, WARDEN,   *
*et al.*,
    Respondents.   *

_____

**ORDER ON MOTION**

It is a rule of this court that if, after considering a prisoner's affidavit for *in forma pauperis* treatment, it is determined that the prisoner is financially able to pay the appropriate filing fee, he must do so.

Upon consideration of the fact that Petitioner had an available balance of $780.45 in his prison account at the time he filed this application for habeas relief, it is the opinion of the undersigned that Petitioner is able to pay the applicable $5.00 filing fee.

Accordingly, it is ORDERED that:

1. On or before July 16, 2007 Petitioner shall forward to the Clerk of the Court the $5.00 filing fee; and

2. Except to the extent that payment is required under this order, Petitioner's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is GRANTED. Petitioner is cautioned

that his failure to comply with this order will result in a Recommendation by the undersigned that the instant petition be dismissed.

    DONE, this day 25th day of June 2007.


               /s/ Susan Russ Walker
               SUSAN RUSS WALKER
               UNITED STATES MAGISTRATE JUDGE