| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Heron Pete                      7-10-07<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:     ☐ No |
| 1. Article Addressed to:<br><br>Grantt Culliver, Warden<br>Holman Correctional Facility<br>Holman 3700<br>Atmore, AL 36503<br><br>07cv554 Pet + OP | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7006 2760 0005 4873 9129 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540