IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY LAMAR TRAWICK, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| vs. ) | 1:07-CV-554-MEF |
| ) | |
| GRANT CULLIVER, WARDEN, ) | |
| ) | |
| Respondent. ) | |

**MOTION FOR ENLARGEMENT**

Comes now the Respondent in the above-styled cause and request an enlargement of fourteen days to respond to this Court's Order to show cause. In support of this motion, Respondent states the following:

1. Counsel for the Respondent has been involved in other work in the federal district courts and the appellate courts of the State of Alabama, including a multi-volume capital murder case, and therefore has had insufficient time in which to complete Respondent's Answer.

Wherefore, in consideration of the aforementioned reasons, the Respondent prays that this Honorable Court will grant this request for fourteen days, up to and including August 20, 2007, in which to file its response in the above-styled case.

I am this date mailing a copy of this request for an extension of time to the petitioner.

          Respectfully submitted,

          Troy King (KIN047)
          Attorney General
          By:

          s/Jean A. Therkelsen
          Jean A. Therkelsen
          Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>6th</u> day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>Timothy Lamar Trawick, AIS #115225, Holman Correctional Facility, Holman Unit 3700, Atmore, Alabama  36503-3700</u>.

                                          Respectfully submitted,

                                          s/Jean A. Therkelsen
                                          Jean A. Therkelsen
                                          Office of the Attorney General
                                          Alabama State House
                                          11 South Union
                                          Montgomery, AL  36130-0152
                                          Telephone: (334) 242-7300
                                          Fax: (334) 242-2848
                                          E-Mail: JTherkelsen@ago.state.al.us

302996/111021-001