IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| TIMOTHY LAMAR TRAWICK, #115 225 | * | |
|     Petitioner, | * | |
| v. | * | 1:07-CV-554-MEF |
| GRANT CULLIVER, WARDEN, *et al*., | * | |
|     Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Respondents' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Respondents' Motion for Extension of Time (Doc. No. 7), is GRANTED; and

2. Respondents are GRANTED an extension from August 6, 2007 to August 20, 2007 to file their answer.

DONE, this day 15th day of August 2007.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE