IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY LAMAR TRAWICK, AIS #115225 | ) ) ) ) | |
| PETITIONER, | ) ) ) | |
| vs. | ) ) | CIVIL NO. 01: 07-CV-554-MEF (WO) |
| GRANT CULLIVER, WARDEN, et al., | ) ) ) ) | |
| RESPONDENTS. | ) | |

**CONFLICT DISCLOSURE STATEMENT**

Come now Troy King and Grant Culliver, by and through Counsel named below, make the following disclosure regarding potential conflicts of interest relating to those designated in this Court's General Order No. 3047:

Troy King and Grant Culliver, parties named to the above-captioned case as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing Habeas Corpus Cases Under Section 2254 Cases, have been sued in their official capacities. Neither the Alabama Attorney General nor the Warden of the Holman Correctional Facility possess any known affiliations that would create a "professional or financial conflict for a judge" on this Court.

Jean A. Therkelsen
Counsel for Troy King and Grant Culliver

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>17th</u> day of August, 2007, I have filed the foregoing with the Clerk of this Court and the same on Trawick at:

>Timothy Lamar Trawick
>AIS # 115225
>Holman Correctional Facility
>Holman Unit 3700
>Atmore, Alabama 36503-3700

>/s/ Jean A. Therkelsen
>Jean A. Therkelsen (JOR040)
>Office of the Attorney General
>Alabama State House
>11 South Union
>Montgomery, AL 36130-0152
>Telephone: (334) 242-7300
>Fax: (334) 242-2848
>E-Mail: Jtherkelsen@ago.state.al.us

307606/111021-001