In The United States District Court
For The Middle District of Alabama

Timothy L. Trawick
    Petitioner

  vs.                                 1:07-cv-554-mef (wo)

Grantt Culliver, Warden
    Respondant

## Motion for 20 Day Enlargment

Comes now the Petitioner In the above Cause, And herby Request A 20 Day Enlargment of Time, And as good Causes Therefore, says as follow;

(1.) The Prison Law Libary is in the Process of being moved To a new Location And will be Closed until September 12, 2007.

(2) Further, Prsin Authirity has limited Access To the Law Library to six houes Per week due to it being to small to Arcommodate The 600 Prison Populanion The Law Library will only Arommodate 4 Inmates At a Time.

(3) Petitioner Cannot upon due date Adequately Prepare his Response To The Court order of August 20, 2007.

Wherefore, Petitioner Prays That This Court Will Grant A 20 Day Enlargement of Time To Respond.

Respectfully Submitted,

X *Timothy Lamar Trawick*

Timothy L. Trawick
A.I.S. # 115225
Holman Unit 3700
Atmore, Al. 36503-3700

### Certificate of Service

I hereby Certify that on this the 8th Day of September, 2007, that I have Placet with first Class Postage affixed and Properly addressed as below, the foregoing, addressed too.

Troy King
Alabama Atterney Genral
11 South Union, St.
Mongomery, Al. 36130

X *Timothy Lamar Trawick*
Timothy L. Trawick



Office of the Clerk
United States District Ct.
Middle District of Alabama
15 Lee Street
P.O. Box 711
Montgomery, AL 36101

Timothy L. Trawick
AIS # 115225 - A1
Holman Unit 3700
Atmore, AL 36503-3700

LEGAL MAIL ONLY