IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | |
|---|---|
| TIMOTHY LAMAR TRAWICK, #115 225 | * |
|     Petitioner, | * |
| v. | *    1:07-CV-554-MEF |
| GRANT CULLIVER, WARDEN, *et al.*, | * |
|     Respondents. | * |

_____

**ORDER ON MOTION**

Petitioner seeks an extension of time to comply with the court's August 20, 2007 order directing him to file a response to Respondents' answer. Petitioner's motion has been read, considered, and shall be granted.

Accordingly, it is ORDERED that:

1. Petitioner's Motion for Extension of Time (Doc. No. 12) is GRANTED;

2. Petitioner is GRANTED an extension from September 10, 2007 to October 1, 2007 to file his response.

DONE, this day 12th day of September 2007.

      /s/ Susan Russ Walker
    SUSAN RUSS WALKER
    UNITED STATES MAGISTRATE JUDGE