IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRCIT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY LAMAR TRAWICK | * | |
| Petitioner, | * | |
| VS. | * | Civil Action No. 1:07-CV-554-MEF |
| GRANT CULLIVER, Warden, et al., | * | (WO) |
| Respondents. | * | |

MOTION FOR STATUS OF CASE

Comes now the Petitioner, Timothy Lamar Trawick, Pro Se, in the above styled action, and hereby moves this Court for status and/or a Case Docket sheet, in the above styled cause, and submits the following as cause therefore:

1. This cause is before the Court on a 28 U.S.C.§ 2254 petition for habeas corpus relief, filed on June 20, 2007, challenging his November 18, 1986 convictions in the Dale County Circuit Court.

2. The Respondent has filed a answer to the petition, and the Petitioner has filed a Traverse, with support arguments.

3. Petitioner maintains that his sentence is illegal in violation of the Eighth Amendment of the United States Constitution, and the delay in ruling is causing the petitioner suffer and is denying petitioner a speedy and just disposition of his habeas petition.

Wherefore, Premises considered, Petitioner prays that this Honorable Court will inform petitioner of the status and/or send a docket sheet reflecting the action taken in this case and/or at the Court's earliest convience resolved the matters complained of.

Respectfully Submitted,

X_Timothy Lamar Trawick_
TIMOTHY LAMAR TRAWICK
AIS# 115225
Holman Unit 3700
Atmore, Al. 36503-3700

CERTIFICATE OF SERVICE

I hereby certify that I have this 21 day of April 2008, served a copy of the foregoing on the Respondents, by placing a copy of the same in the prison internal mailing system, postage prepaid and properly addrssed.

X_Timothy Lamar Trawick_
TIMOTHY LAMAR TRAWICK

Timothy Lamar Trawick
AIS # 115225 - A1
Holman Unit 3700
Atmore, Al.
36503-3700

LEGAL MAIL ONLY

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

36101+0711 B007

UNITED STATES POSTAGE
$ 00.41⁰
02 1M
0004251327   APR 21 2008
MAILED FROM ZIP CODE 36502
PITNEY BOWES

Office of The Clerk
U.S. District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Al.
36101