IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

TIMOTHY LAMAR TRAWICK,       *
#115 225
    Petitioner,              *

    v.                       *       1:07-CV-554-MEF

GRANT CULLIVER, WARDEN,      *
*et al.*,
    Respondents.             *
_____

**ORDER ON MOTION**

Upon consideration of the Motion for Status filed by Petitioner, and for good cause, it is

ORDERED that the motion (*Doc. No. 15*) be and is hereby GRANTED. Petitioner is advised that this case is pending on his petition for habeas corpus relief, Respondents' answer thereto, and Petitioner's response. Petitioner is further advised that no additional pleadings are necessary to a determination of the issues presented herein and he will be informed of any action undertaken by the court on his petition. The court notes that this matter is ready for review and a decision shall be rendered within due course as the court's schedule permits.

DONE, this day 23rd day of April 2008.

                         /s/ Susan Russ Walker
                         SUSAN RUSS WALKER
                         UNITED STATES MAGISTRATE JUDGE