IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY LAMAR TRAWICK, 115225, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 1:07-cv-0554-MEF |
| | ) |
| GRANTT CULLIVER, *et al.*, | ) |
| | ) |
| Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #18) filed on October 16, 2008 is overruled;

(2) The Recommendation of the United States Magistrate Judge (Doc. #17) entered on October 7, 2008 is adopted;

(3) The petition for habeas corpus relief is DENIED and this case is DISMISSED with prejudice as time barred.

DONE this the 28th day of October, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE